Saverio Barcia, administrator of the estate of Joseph Barcia, deceased, appellee, v. Sanitary District of Chicago et al. City of Chicago, appellant. Gen. No. 24,254.

Action to recover for death alleged to have been caused by electrocution from a defective electric light pole. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. H. Sterling Pomeroy, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1918. Reversed with finding of facts. Opinion filed March 18, 1919.

Samuel A. Ettelson and William H. Devenish, for appellant;

Robert H. Farrell, of counsel. Cantwell, Smith & Cantwell, for appellee.

Mr. Presiding Justice McDonald delivered the opinion of the court.